BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LEONARD BERNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-93 FCD |
|---|---|---|
| Plaintiff, | ) ) | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT ON SUPERCEDING INDICTMENT |
| v. | ) ) | |
| LEONARD BERNOT, | ) ) | |
| Defendant. | ) ) | |

     Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, LEONARD BERNOT, hereby waive my personal appearance at the arraignment on the superceding indictment in this case.

     I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered Indictment. I further understand that, absent the present waiver, I must appear before this court as directed.

     I affirm that I have received a copy of the Indictment, that I waive a formal reading of the Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

     I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

     I further acknowledge that I have been informed of my rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and authorize my attorney to set times and delays under the Act without my being present.

1

| | |
|---|---|
| DATED: February 24, 2010 |    /S/ Leonard Bernot<br>LEONARD BERNOT<br>Original in Attorney's file |
| DATED: February 25, 2010 |    /S/ Bruce Locke<br>BRUCE LOCKE<br>Attorney for Leonard Bernot |

The Defendant's Waiver of Personal Appearance at Arraignment on the Superceding Indictment is accepted.

DATED: February 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2