BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LEONARD BERNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEONARD BERNOT,<br><br>    Defendant. | No.  CR. S-08-93 FCD<br><br>STIPULATION AND PROPOSED ORDER FOR RETURN OF PASSPORT |

The defendant and the United States, by and through their respective attorneys, hereby stipulate that the Court should order the Clerk of the Court to return Mr. Bernot's passport to Mr. Bernot's attorney. Mr. Bernot is applying for his old job with The Boeing Company and, because that job entails repairing airplanes anywhere in the world, it is a requirement of the job that the employee have a valid passport. After the return of the passport, Mr. Bernot will still be required to obtain permission from his pre-trial officer before he may travel out of the country. Mr. Bernot's attorney will provide him with the passport only after Mr. Bernot has received permission to travel from the pre-trial officer.  Ms. Endrizzi has authorized Mr. Locke to signify her agreement to this stipulation.


DATED: March 8, 2010              /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Leonard Bernot

////

////

1

DATED: March 8, 2010

      /S/ Bruce Locke
      For ELLEN ENDRIZZI
      Assistant United States Attorney

SO ORDERED.

DATED: March 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2