```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2793
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    )
                                )  NO. 2:08-cr-00093 KJM
12            Plaintiff,        )
                                )  STIPULATION AND ORDER TO
13       v.                     )  CONTINUE HEARING AND BRIEFING
                                )  SCHEDULE
14  LEONARD BERNOT,             )
                                )
15            Defendant.        )
    _____)
16
```

17      The Parties hereby stipulate to the following:

18      1.   This matter is presently set for hearing on March 17, 2011, for defendant's Motion for Severance, filed February 17, 2011.

20      2.   The parties jointly are requesting that the hearing and briefing schedule be continued as follows:

        Government response due March 24, 2011;

        Defendant's reply, if any, due March 31, 2011;

        Hearing on the motion on April 7, 2011, at 10:00 a.m.

        3.   The undersigned attorney for the government begins a jury trial on March 7 before the Honorable Edward J. Garcia.  The undersigned attorney has been preparing for trial, and needs

1

additional time to prepare the response.  The trial is expected to last approximately two weeks.

4.  The defendant consents to the continuance and is not in custody.

5.  If the above briefing schedule is approved by the Court, it is requested that the hearing presently set for March 17, 2011, be vacated, and the new dates set.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: February 28, 2011     /s/ Matthew Stegman
                         By: MATTHEW STEGMAN
                             Assistant U.S. Attorney



Dated: February 28, 2011     /s/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Defendant
                             Leonard Bernot
```

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing set for March 17, 2011, be vacated and that the case be set for hearing on April 7, 2010, at 10:00 a.m.  The following briefing schedule is ordered:  government opposition due March 24, 2011; and defendant's reply, if any, due March 31, 2011.

Dated:  March 2, 2011.

_____
UNITED STATES DISTRICT JUDGE