BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LEONARD BERNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  2:08-cr-00093 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER SETTING THE DATE FOR THE TRIAL CONFIRMATION HEARING AND EXCLUDING TIME |
| v. | ) | |
| LEONARD BERNOT, | ) | |
| Defendant. | ) | |

The defendant, Leonard Bernot, and the United States, by and through their respective attorneys, hereby stipulate that the Court should order that the Trial Confirmation Hearing will be held on June 16, 2011 at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from April 7, 2011 through July 11, 2011, the date previously set for the trial of this case.

The defense needs the time between April 7, 2011 and July 11, 2011 to prepare its case. Accordingly, the time between April 7, 2011 and July 11, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Stegman has authorized Mr. Locke to sign this pleading for him.

DATED: April 4, 2011        /S/ Bruce Locke
                            BRUCE LOCKE
                            Attorney for Leonard Bernot

1

1 | DATED: April 4, 2011         /S/ Bruce Locke
                                 For MATTHEW STEGMAN
2                                Assistant United States Attorney

3                                      ORDER

4     Having reviewed the parties' stipulation and the docket in this case, and good cause

5 appearing, the court orders as follows: The defendant's motion to sever (docket no. 429), unopposed

6 by the government, is GRANTED. The motion hearing set for April 7, 2011 is VACATED; a Trial

7 Confirmation Hearing is SET for June 16, 2011 at 10:00 a.m. before the Honorable Kimberly J.

8 Mueller and time is excluded under Title 18, United States Code, Section 3161(h)(7)(B)(iv) and

9 Local Code T-4 for defense preparation up to and including July 11, 2011, the date set for trial.

10     IT IS SO ORDERED.

11 DATED: April 5, 2011.

                                                               UNITED STATES DISTRICT JUDGE