PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD BERNOT,<br><br>Defendant. | CASE NO. 2:08-CR-0093-KJM<br><br>STIPULATION AND ORDER REGARDING SELF SURRENDER<br><br>DATE: N/A<br>TIME: N/A<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Leonard Bernot is currently released on bail pending appeal pursuant to 18 U.S.C. § 3143(b).

2. On December 27, 2016, the Ninth Circuit issued a memorandum of disposition affirming the defendant's sentence.

3. On February 14, 2017, the circuit court's mandate was filed with this Court. ECF No. 1539.

4. As a result of the circuit court's affirmance of the sentence, the defendant no longer meets the statutory requirements for bail pending appeal. See 18 U.S.C. § 3143(b).

5. The defendant has filed a new motion for bail pending collateral attack of his guilty plea.

6. The parties agree that a self-surrender date of April 3, 2017, will give the defendant sufficient time to make arrangements and to put his affairs in order.

7. Therefore, the parties agree and stipulate, and request that, unless the Court grants the defendant's pending motion for bail pending collateral attack, the Court order that the defendant self-surrender no later than Monday, April 3, 2017 at 2:00 p.m. to the facility designated by the Bureau of Prisons, or to the nearest U.S. Marshall's Office.

8. The parties further stipulate and agree that a willful failure to appear on that date will constitute a separate felony violation, punishable by a consecutive term of imprisonment and/or a fine.

9. Counsel for the defendant further represents that she has discussed the foregoing stipulation and proposed order with the defendant and that the defendant understands and agrees with each of the stipulations set forth herein, and has authorized counsel to stipulate on his behalf.

IT IS SO STIPULATED.

Dated: February 17, 2017

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
Assistant United States Attorney

Dated: February 17, 2017

/s/ KARYN H. BUCUR
KARYN H. BUCUR
Counsel for Defendant
LEONARD BERNOT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE